2015-1154, -1188

_____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

ABBVIE INC.,

Plaintiff-Appellant,

v.

HOSPIRA, INC.,

Defendant-Cross-Appellant.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE IN CASE NO. 1:11-CV-648 (CONSOLIDATED),
JUDGE GREGORY M. SLEET

_____

## STIPULATION OF VOLUNTARY DISMISSAL
_____

| | |
|---|---|
| WILLIAM B. RAICH<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue,<br>Washington, DC 20001<br>(202) 408-4000<br><br>*Counsel for Plaintiff-Appellant,*<br>*AbbVie, Inc.* | THOMAS J. MELORO<br>MICHAEL W. JOHNSON<br>APARNAA B. SAINI<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000<br><br>*Counsel for Defendant-Cross-Appellant,*<br>*Hospira, Inc.* |

February 3, 2015

IT IS HEREBY STIPULATED AND AGREED by and among all parties that the above-captioned appeal and cross-appeal are voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own fees and costs.

Dated:  February 3, 2015

Respectfully submitted,

 /s/ William B. Raich                          /s/ Thomas J. Meloro            

WILLIAM B. RAICH
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue,
Washington, DC 20001
(202) 408-4000

*Counsel for Plaintiff-Appellant,*
*AbbVie, Inc.*

THOMAS J. MELORO
MICHAEL W. JOHNSON
APARNAA B. SAINI
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Counsel for Defendant-Cross-Appellant,*
*Hospira, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on February 3, 2015.

I further certify that counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.

Date:  February 3, 2015                    */s/Donna Stockton*